Entered on Docket
April 22, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 22, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

DAVID A. SMYTH, **SBN 58339**
Attorney at Law
1990 North California Bl., #830
Walnut Creek, CA 94596
**Tel:** 925/933-4541
**Fax:** 925/932-7077
*dsmyth2_@hotmail.com*

Attorney for Debtors
JEFFREY W. KING
PATRICIA L. MARTIN-KING

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

JEFFREY W. KING,
PATRICIA L. MARTIN-KING,

           Debtors.      /

CHAPTER 13
CASE NO. 11-40759-EDJ13

**ORDER VALUING THE LIEN OF
STONECASTLE ESTATES
HOMEOWNERS ASSOCIATION**

On March 21, 2011 the debtors filed a motion to value the assessment lien of Stonecastle Estates Homeowners Association (hereinafter Lienholder) against the real property commonly known as 36 Edinburgh Place, Alamo, CA 94507, which Lien was recorded in Contra Costa County on or about September 6, 2006 as Document No. 2006-0282802-00. (hereinafter the Lien).

The Court finds that notice of the motion upon lienholder was proper. Lienholder having failed to file timely opposition to debtors' motion, the Court hereby orders as follows:

**1.** For purposes of debtors' Chapter 13 Plan only, the Lien is valued at zero. Stonecastle Estates Homeowners Association does not have a secured claim, and the Lien may not be enforced pursuant to 11 U.S.C. §§506, 1322(b)(2) and 1327.

**2.** This Order shall become part of debtors' confirmed Chapter 13 Plan.

**3.** Upon entry of a discharge or completion of plan payments in debtors' Chapter 13

case, the Lien shall be voided for all purposes, upon application by debtors, the Court will enter an appropriate form of judgment voiding the Lien.

    **4.** If debtors' Chapter 13 case is dismissed or converted to one under another chapter before debtors obtain a discharge or completes plan payments, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the Court will enter an appropriate form or order restoring the Lien.

    **5.** Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as the order by the Court remains in effect.

**\*\*\*END OF ORDER\*\*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Martha G. Bronitsky |
| | Chapter 13 Trustee |
| 3 | PO Box 5004 |
| | Hayward, CA   94540 |
| 4 | |
| | Stonecastle Estates Homeowners Association |
| 5 | ASAP Collection Services |
| | Managing Officer and |
| 6 | Agent Designated and Authorized to Accept Service of Process |
| | 331 Piercy Road |
| 7 | San Jose, CA   95138 |